FILED

10/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0490

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-22-0490

Attorney for Appellant,
Marisa Root

Don C. St. Peter
Michael O'Brien
ST. PETER LAW OFFICES, P.C.
2620 Radio Way
P.O. Box 2620
Missoula, MT 59808
Telephone: (406) 728-8282
Fax: (406) 728-8141
Email: don@stplawoffices.com; mike@stplawoffices.com

| | |
|---|---|
| IN THE MATTER OF THE ESTATE | ) |
| OF ALBERT J. LARGHI, | ) |
| | ) |
| Deceased. | ) |
| | ) |
| Anthony Charles Larghi and | ) |
| Mary Patricia Fleming, | ) |
| Foreing Ancillary Personal Representative | ) |
| Appellee | ) |
| | ) |
| Marisa Root | ) |
| Petitioner-Heir | ) |
| Appellant | ) |

**ORDER GRANTING EXTENSION OF TIME**

UPON REVIEW OF *Appellant's Motion for Extension of Time*, and good cause shown, IT IS HEREBY ORDERED that the Extension is GRANTED. Appellant shall file her Opening Brief on or before November 11, 2022.

DATED this ___ day of October, 2022.

_____
Supreme Court Justice

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 11 2022